IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JAMES EDWARD SMITH,<br><br>Petitioner,<br><br>v.<br><br>GREG DOZIER,<br><br>Respondent. | CIVIL ACTION NO.: 6:17-cv-53 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 13), to which Petitioner James Edward Smith ("Smith") failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES without prejudice** Smith's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254, **DENIES** Smith a Certificate of Appealability, and **DENIES** Smith leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 8th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA